EDWIN HINMAN, PLAINTIFF IN ERROR, v. THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANT IN ERROR.

*Writ of error — to Court of General Sessions — tested and signed by County Judge — a nullity.*

WRIT of error to the Court of General Sessions of Livingston county, to review the conviction of the plaintiff in error of the crime of burglary with intent to commit rape.

The court at General Term say: "This case is not properly before us. It comes before us upon a writ of error to the Court of Sessions of the county of Livingston.

The writ of error appears to have been issued by the County Court of Genesee county. It is tested in the name of the county judge of that county and signed by the said county judge. It does not appear to have been signed or sealed by any clerk of this court. It is upon its face a nullity.

It does not bring before this court the proceedings of the Court of Sessions, and confers upon us no authority to review such proceedings.

Said writ must be dismissed."

Writ of error dismissed.

*F. C. Peck*, for the plaintiff in error.     *O. Olney*, for the defendant in error.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and TALCOTT, JJ.

Writ of error dismissed.